# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JASON J. TIGER, SR.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. CIV-13-258-SPS |
| **CAROLYN COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) ) ) ) |
| **Defendant.** | ) ) |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 17] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 26th day of March, 2015.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**